**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ISSAMADE ASINGA,

                    Plaintiff,

     -against-                                    24 **CIVIL** 5210 (CS)

                                                   **JUDGMENT**

THE GATORADE COMPANY,

                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 28, 2025, Defendant's motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      April 28, 2025

                                          **TAMMI M HELLWIG**

                                            _____

                                              **Clerk of Court**

            **BY:**

                                            _____

                                              **Deputy Clerk**